# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**BETTY BROWN,**

                **Plaintiff,**

**vs.**                                                 **Case No.: 14-cv-894**

**CAROLYN COLVIN,**
    **Commissioner of Social Security,**

                **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Betty Brown, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated November 17, 2015 and the judgment dated November 17, 2015 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 11th day of January, 2016.

                                                            **DUNCAN DISABILITY LAW, S.C.**
                                                            Attorneys for the Plaintiff

                                                            /s/ Dana W. Duncan
                                                            _____
                                                            Dana W. Duncan
                                                            State Bar I.D. No. 01008917
                                                           3930 8th Street South, Suite 201
                                                           Wisconsin Rapids, WI 54494
                                                           (715) 423-4000