IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BETTY BROWN,

            Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.

                                                Case No. 14-cv-894-bbc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

            Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Betty Brown attorney fees and costs in the amount of $18,561.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

        s/ J. Smith, Deputy Clerk                      5/11/2017
     Peter Oppeneer, Clerk of Court                       Date